UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECATHLON USA, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HSE ASSOCIATES, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-01524-AMO<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 25 |

On October 29, 2025, the Ninth Circuit Court of Appeals issued a mandate vacating this Court's order granting Decathlon's motion to dismiss because it dismissed the case with prejudice. *See* Dkt. Nos. 63, 64. The dismissal should have been issued without prejudice as this Court lacks subject-matter jurisdiction. Dkt. No. 63 at 3. For the reasons stated in the Court's order, and in accordance with the mandate from the Court of Appeals, the Court GRANTS the motion to dismiss without prejudice.

**IT IS SO ORDERED.**

Dated: November 3, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ARACELI MARTÍNEZ-OLGUÍN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**